UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Ruth McDonald, Individually and on behalf
of all others similarly situated

       Plaintiff,

   v.                            CASE NO.:  4:21-cv-1916

Jefferson Capital Systems, LLC; and John Does 1-25,

       Defendant.

------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the Plaintiff, Ruth McDonald, and the Defendant have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 6th day of December, 2021

                                              */s/Eliyahu Babad*
                                              Eliyahu Babad, Esq.
                                              **Stein Saks, PLLC**
                                              One University Plaza
                                              Hackensack, NJ 07601
                                              Phone: 201-282-6500
                                              ebabad@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 6, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Eliyahu Babad*
Eliyahu Babad, Esq.