UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

---------------------------------------------------------------------------x
Ruth McDonald,                                                              Civil Action No:
                                                                            4:21-cv-1916
                              Plaintiff,

        -v.-

Jefferson Capital Systems, LLC
John Does 1-25

                              Defendants.
---------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ruth McDonald and Defendant Jefferson Capital Systems, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 25, 2022

| **For Plaintiff Ruth McDonald** | **For Defendant Jefferson Capital Systems, LLC** |
|---|---|
| */s/ Eliyahu Babad* <br> Eliyahu Babad <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph:  (201) 282-6500 <br> ebabad@steinsakslegal.com | */s/ Whitney L. White* <br> Whitney L. White <br> Sessions, Israel & Shartle, LLC <br> 900 Jackson Street Ste 440 <br> Dallas, TX 75202 <br> Ph:  (214) 741-3001 <br> wwhite@sessions.legal |

## CERTIFICATE OF SERVICE

I certify that on February 25, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Eliyahu Babad*
Eliyahu Babad
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*