UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUTH MCDONALD, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01916 |
| § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, § | |
| et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the Plaintiff and Defendant's Joint Stipulation of Dismissal of Defendant. Doc. #21. It is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

It is so ORDERED.

FEB 28 2022
Date

The Honorable Alfred H. Bennett
United States District Judge